UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

FELIX RAFAEL GUANCE TINEO, et al.,

                  Plaintiffs,

    -v-

AIRTIME EXPRESS INC., et al.,

                 Defendants.

------------------------------------------------------------------------X

26-cv-418 (LJL)
26-cv-2349 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/14/2026

LEWIS J. LIMAN, United States District Judge:

Plaintiff Feliz Rafael Guance Tineo, as Administrator of the Estate of Rafael Obispo Castilla Guance, Plaintiff in the Dkt. No. 26-cv-2349 action, is hereby ordered to show cause by April 21, 2026 why the case should not be consolidated with the action at Dkt. No. 26-cv-418 pursuant to Federal Rule of Civil Procedure 42(a)(2) and why the case management plan entered in No. 26-cv-418 should not also govern proceedings in No. 26-cv-2349.  All counsel in the matter at Dkt. No. 26-cv-418 indicated at a conference held in the matter on April 14, 2026 that they have no objection to consolidation.  Upon consolidation, Plaintiff in Dkt. No. 26-cv-2349 would be required to abide by the deadlines set in that case, including the trial date of October 26, 2026.  In the absence of a timely-filed response, the Court will enter an order consolidating the two matters, with all filings to be made in No. 26-cv-418.

    SO ORDERED.

Dated: April 14, 2026
      New York, New York
                          LEWIS J. LIMAN
                       United States District Judge