UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                  :

FELIX RAFAEL GUANCE TINEO et al.,         :

                         :

         Plaintiffs,         :

                         :     26-cv-418 (LJL)

     -v-               :     26-cv-2349 (LJL)

                         :

AIRTIME EXPRESS INC.,         :     <u>ORDER</u>

                         :

         Defendants.       :

                         :

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_05/04/2026__

LEWIS J. LIMAN, United States District Judge:

On April 14, 2026, the Court entered an order in Dkt. No. 26-cv-2349, directing that Plaintiff Feliz Rafael Guance Tineo, as Administrator of the Estate of Rafael Obisbo Castilla Guance, plaintiff, show cause why the case should not be consolidated with the action at Dkt. No. 26-cv-418 by April 21, 2026. No response was timely filed.

Federal Rule of Civil Procedure 42(a) provides that a district court may consolidate "actions before the court involv[ing] a common question of law or fact." Fed. R. Civ. P. 42(a). "A determination on the issue of consolidation is left to the sound discretion of the Court," *In re UBS Auction Rate Sec. Litig.*, 2008 WL 2796592, at *1 (S.D.N.Y. July 16, 2008) (quoting *Albert Fadem Trust v. Citigroup Inc.*, 239 F. Supp. 2d 344, 347 (S.D.N.Y. 2002)), and involves weighing considerations of convenience, judicial economy, and cost reduction while ensuring that the "paramount concern for a fair and impartial trial" is honored, *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284–85 (2d Cir. 1990).

Consolidation is plainly appropriate here. The two cases arise from identical sets of facts and are based on the same incident. Rafael Obisbo Castilla Guance is alleged to have been the

driver of the vehicle at issue, in which Felix Rafael Guance Tineo was a passenger.

Accordingly, the two cases will be consolidated for all purposes.

The Clerk of Court shall file a copy of this Order in the separate dockets for both Dkt. No. 26-cv-418 and 26-cv-2349.  Unless otherwise ordered by the Court, all future filings should be made and docketed *only* in Dkt. No. 26-cv-418.  All counsel who have entered appearances in 26-cv-2349 shall be deemed to have entered an appearance in the consolidated action under Dkt. No. 26-cv-418.


SO ORDERED.

Dated: May 4, 2026                               _____
        New York, New York                            LEWIS J. LIMAN
                                                  United States District Judge


2