UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX RAFAEL GUANCE TINEO, et al.,

Plaintiffs,

-v-

AIRTIME EXPRESS INC., et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 418 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a settlement conference on June 8, 2026 (the "Conference"). (Dkt. No. 18; minute entry dated June 8, 2026). At the Conference, Plaintiffs indicated they were considering Defendant's final offer and were planning to advise the Court by June 9, 2026 whether they accepted the offer. On July 2, 2026, having not heard from the parties, the Court emailed counsel for all parties and requested Plaintiffs to email Chambers by July 6, 2026 with an update regarding the parties' settlement discussions. To date, the Court has not heard from either party regarding the parties' settlement discussions. By **July 14, 2026**, the parties shall file a joint letter updating the Court on the status of their settlement discussions and proposing next steps for the litigation.

Dated: New York, New York
July 7, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**