UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX RAFAEL GUANCE TINEO, et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>AIRTIME EXPRESS INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 26 Civ. 418 (LJL) (SLC) |
| FELIX RAFAEL GUANCE TINEO, as Administrator of the Estate of Rafael Obispo Casilla Guance, deceased,<br><br>Consolidated Plaintiff,<br><br>-v-<br><br>AIRTIME EXPRESS INC., et al.,<br><br>Consolidated Defendants. | CIVIL ACTION NO. 26 Civ. 2349 (LJL) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a global settlement conference on June 8, 2026 (the "Conference") for both actions captioned above,[1] at which Plaintiffs indicated they were considering Defendants' final offer and were planning to advise the Court by June 9, 2026 whether they accepted the

[1] On May 4, 2026, the Honorable Lewis J. Liman consolidated for all purposes the actions: (i) Felix Rafael Guance Tineo, et al., v. Airtime Express Inc., et al., No. 26 Civ. 418 (LJL) (SLC) ("Guance Tineo I"), and (ii) Felix Rafael Guance Tineo, as Administrator of the Estate of Rafael Obispo Casilla Guance, deceased v. Airtime Express Inc., et al., No. 26 Civ. 2349 (LJL) (SLC) ("Guance Tineo II"). (Guance Tineo I, Dkt. No. 15; Guance Tineo II, Dkt. No. 9). Both actions have been referred to the undersigned for settlement. (Guance Tineo I, Dkt. No. 12; Guance Tineo II, Dkt. No. 8).

offer. (Guance Tineo I, minute entry dated June 8, 2026; Guance Tineo II, minute entry dated June 8, 2026). On July 2, 2026, having not heard from the parties, the Court emailed counsel for all parties and requested Plaintiffs to email Chambers by July 6, 2026 with an update regarding the parties' settlement discussions. On July 7, 2026, having not heard from Plaintiffs, the Court ordered the parties to file a joint letter by July 14, 2026 updating the Court on the status of their settlement discussions and proposing next steps for the litigation. (Guance Tineo I, Dkt. No. 23). On July 8, 2026, counsel for Defendants emailed Chambers advising that they are currently awaiting Plaintiffs' counsel's transmission of a fully executed Stipulation of Dismissal ("SoD").

The Court thanks Defendants' counsel for the update and directs the parties to file the SoD for Guance Tineo I and Guance Tineo II by **July 15, 2026**.

Dated: New York, New York
July 8, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**